UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:09-cr-00026-HDM-WGC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SEAN PAUL MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case [ECF 21] on 7/15/2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**   BANK OF AMERICA
Attn: Corporate Security
CA6-921-02-04
450 American Street
Simi Valley, CA 93065

**Amount of Restitution:**   $4,921.00
**Total Amount of Restitution ordered:  $4,921.00\***

\*The Restitution amount of $4,921.00 does not include any payments receipted by the Court.

Dated this 30 day of January, 2024.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE